UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.* ANGELA D'ANNA,
KRISTLE THAYER

      Relator,

v.                                   Case No: 2:22-cv-449-SPC-NPM

SOUTH FLORIDA NUCLEAR
GROUP LLC and DAVID A. SMITH,

      Defendants.
_____/

## ORDER

Before the Court is the Government's Notice of Election to Decline Intervention. (Doc. 13). Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Government notifies the Court of its decision not to intervene in this action. Although the Government declines to intervene, it makes two requests of the Court going forward: (1) serve all future pleadings, orders, and notices of appeal filed in this action upon it; and (2) lift the seal on the Complaint, the Government's Notice, and any order deciding the Notice being unsealed.

After considering the Government's Notice and the applicable law, the Court grants the Government's requests.

Accordingly, it is **ORDERED:**

1

(1) Government's Notice of Election to Decline Intervention (Doc. 13) is **GRANTED**.

(2) The Clerk is **DIRECTED** to serve copies of all future pleadings, orders, and notices of appeal filed in this case on the Government.

(3) The Clerk is **DIRECTED** to **lift the seal** on the Complaint, the Government's Notice (Doc. 13), and this Order. All other papers filed in this action must remain under seal.

**DONE** and **ORDERED** in Fort Myers, Florida on December 8, 2023.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:   Chad Spraker, AUSA
Oscar M. Price, IV
Jacob M. Tubbs
Pamela G. Levinson